IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **ROCKY D. MARQUEZ,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | CIV 05-01955 PHX SRB MEA |
| **JOSEPH ARPAIO,** | ) | REPORT AND RECOMMENDATION |
| **Defendant.** | ) | |

Plaintiff filed his complaint on June 30, 2005. On August 4, 2005, the Court issued an order requiring Plaintiff to complete and return a service packet for Defendant Arpaio by August 24, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 4(b), Federal Rules of Civil Procedure.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant Arpaio or to complete service of process on Defendant within 120 days of the date that he filed his complaint, by October 27, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure. The civil docket in this matter indicates that

Plaintiff has failed to acquire a waiver of service from Defendant or to complete service of process on Defendant.

On November 15, 2005, the Court allowed Plaintiff until December 15, 2005, to show cause why this case should not be dismissed for Plaintiff's failure to effect service of process on Defendant as required by the Court's order of August 4, 2005, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of August 4, 2005, and Rule 4, Federal Rules of Civil Procedure.

DATED this 20th day of December, 2005.

_____
Mark E. Aspey
United States Magistrate Judge