IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rocky D. Marquez,<br><br>  Plaintiff,<br><br>vs.<br><br>Joe Arpaio,<br><br>  Defendant. | No. CV05-1955-PHX-SRB<br><br>**ORDER** |

   Plaintiff, Rocky D. Marquez, filed his Civil Rights Complaint on June 30, 2005. On August 4, 2005, this Court issued its screening order.  This order advised Plaintiff that:

> If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on Defendant within one hundred twenty (120) days of the filing of the Complaint or within sixty (60) days fo the filing of this Order, whichever is later, the action may be dismissed as to Defendant not served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 16.2(b)(2)(B)(i).

On November 15, 2005, the Magistrate Judge issued his order ordering Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of August 4, 2005. On December 21, 2005, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to serve the Defendant and for Plaintiff's failure to comply with the Court's order of August 4, 2005, and Rule 4, Federal Rules of Civil Procedure.

1   The Court finds itself in agreement with the Report and Recommendation of the
2   Magistrate Judge.
3   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4   as the order of this Court.
5   IT IS FURTHER ORDERED dismissing this case.
6   IT IS FURTHER ORDERED directing the Clerk to enter Judgment.

8   DATED this 17th day of January, 2006.

_____
Susan R. Bolton
United States District Judge